**FILED**
Jul 21, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CR NO: 1:23-MJ-00064

**NICHOLAS ANDRONICOUS**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | NICHOLAS ANDRONICOUS |
| Detained at | FRESNO COUNTY JAIL |

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH*

| | |
|---|---|
| Signature: | /s/Kimberly A. Sanchez |
| Printed Name & Phone No: | Kimberly A. Sanchez 559-497-4038 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jul 21, 2023**

*Erica P. Grosjean*
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2321090 | DOB: | 02/26/1982 |
| Facility Address: | | Race: | White |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)