1  PHILLIP A. TALBERT
   United States Attorney
2  Robert L. Veneman-Hughes
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:23-MJ-00064-SAB
12 |                       Plaintiff, | ORDER EXTENDING TIME FOR PRELIMINARY
   |                                  | HEARING PURSUANT TO RULE 5.1(d) AND
13 |             v.                   | EXCLUDING TIME
14 | NICHOLAS ANDRONICOUS,            | DATE: October 24, 2023
                                        TIME: 2:00 p.m.
15 |                       Defendants. | COURT: Hon. Erica P. Grosjean

16

17

18     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 20, 2023.

20 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 5.1(d) of the Federal Rules of Criminal Procedure.

23     Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the best interests of the public and the defendant

25 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26 not adversely affect the public interest in the prompt disposition of criminal cases.

27     THEREFORE, FOR GOOD CAUSE SHOWN:

28     1.     The date of the preliminary hearing is extended to November 28, 2023, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER                    1

2. The time between October 24, 2023, and November 28, 2023, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: __**October 23, 2023**__        /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER            2