PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-MJ-00064-SAB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NICHOLAS ANDRONICOUS, | DATE: November 28, 2023 TIME: 2:00 p.m. |
| Defendant. | |

This case is set for a preliminary hearing on November 28, 2023.  The parties agree and stipulate to continue the preliminary hearing until January 11, 2024.  Defense counsel is requesting pre-indictment resolution and consulting with prosecutors in other jurisdictions in an effort to reach global resolution of all of defendant's cases.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for preliminary hearing on November 28, 2023.

2.      By this stipulation, defendant now moves to continue the preliminary hearing until **January 11, 2024, at 2:00 p.m.** and to exclude time between November 28, 2023, and January 11, 2024.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The parties are discussing and conducting further investigation into pre-indictment matters, including consideration of pre-indictment resolution, and need additional time to conclude that process.

b)      The government represents that discovery consists of reports, and that an initial dissemination of discovery has been provided to defense, consisting of crime reports and the defendant's criminal history.

c)      Counsel for defendant desires additional time to consult with their client, conduct further investigation, and discuss charges with the government.  Defense has continued to investigate various issues related to the facts and a resolution since the last continuance was granted.  Counsel for defendant also requested the government to consider pre-indictment resolution as part of a global resolution with cases defendant is facing in other jurisdictions. The government is gathering information necessary to do so, including consulting with other jurisdictions about their cases.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause".  Here, the defendant consents and there is good cause as set forth herein.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of November 28, 2023 to January 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated:  November 27, 2023

PHILLIP A. TALBERT
United States Attorney


/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  November 27, 2023

/s/ PETER JONES
PETER JONES
Counsel for Defendant
NICHOLAS ANDRONICOUS


## FINDINGS AND ORDER

Having reviewed the parties' stipulation, the Court finds the following:

a)  The defendant consents to continuance of the preliminary hearing.

b)  Good cause exists to continue the preliminary hearing in order to give counsel time to review discovery, effectively prepare for preliminary hearing, and discuss a pre-indictment resolution with the government.

c)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

d)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of November 28, 2023 to January 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS HEREBY ORDERED that the preliminary hearing scheduled for November 28, 2023 at 2:00 p.m. is continued to January 11, 2024 at 2:00 p.m.  IT IS FURTHER ORDERED that the time between November 28, 2023 and January 11, 2024 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **November 27, 2023**

UNITED STATES MAGISTRATE JUDGE