1  PHILLIP A. TALBERT
   United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

5

6  Attorneys for Plaintiff
   United States of America

7

8

9                    IN THE UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO. 1:23-MJ-00064-SAB

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                      v.                  FINDINGS AND ORDER

14 NICHOLAS ANDRONICOUS,                   DATE: April 4, 2024
                                           TIME: 2:00 p.m.
15                      Defendant.

16

17        This case is set for a preliminary hearing on April 4, 2024.  The parties agree and stipulate to

18 continue the preliminary hearing until May 9, 2024.  The parties have reached a tentative resolution and

19 expect that prior to the new preliminary hearing date the case will be reset to effectuate a change of plea.

20                                      **STIPULATION**

21        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

22 through defendant's counsel of record, hereby stipulate as follows:

23        1.      By previous order, this matter was set for preliminary hearing on April 4, 2024.

24        2.      By this stipulation, defendant now moves to continue the preliminary hearing until **May

25 9, 2024, at 2:00 p.m.** and to exclude time between April 4, 2024, and May 9, 2024.

26        3.      The parties agree and stipulate, and request that the Court find the following:

27                a)      The parties are discussing and conducting further investigation into pre-

28 indictment matters, including consideration of pre-indictment resolution, and need additional

   STIPULATION REGARDING EXCLUDABLE TIME        1
   PERIODS UNDER SPEEDY TRIAL ACT

1    time to conclude that process.

2           b)      The government represents that discovery consists of reports, and that an initial

3    dissemination of discovery has been provided to defense, consisting of crime reports and the

4    defendant's criminal history.

5           c)      Counsel for defendant desires additional time to consult with their client, conduct

6    further investigation, and discuss charges with the government.  Defense has continued to

7    investigate various issues related to the facts and a resolution since the last continuance was

8    granted.  Counsel for defendant also requested the government to consider pre-indictment

9    resolution as part of a global resolution with cases defendant is facing in other jurisdictions. The

10   government is gathering information necessary to do so, including consulting with other

11   jurisdictions about their cases.

12          d)      Counsel for defendant believes that failure to grant the above-requested

13   continuance would deny him the reasonable time necessary for effective preparation, taking into

14   account the exercise of due diligence.

15          e)      The government does not object to the continuance.

16          f)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later

17   than 14 days after initial appearance if the defendant is in custody," unless the defendant

18   consents and there is a "showing of good cause".  Here, the defendant consents and there is good

19   cause as set forth herein.

20          g)      Based on the above-stated findings, the ends of justice served by continuing the

21   case as requested outweigh the interest of the public and the defendant in an indictment or trial

22   within the original dates prescribed by the Speedy Trial Act.

23          h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

24   et seq., within which an indictment must be filed and within which a trial must commence, the

25   time period of April 4, 2024 to May 9, 2024, inclusive, is deemed excludable pursuant to 18

26   U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at

27   defendant's request on the basis of the Court's finding that the ends of justice served by taking

28   such action outweigh the best interest of the public and the defendant in a speedy

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    indictment/trial.

2    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

3  Speedy Trial Act dictate that additional time periods are excludable from the period within which an

4  indictment must be filed and a trial must commence.

5    IT IS SO STIPULATED.

6  Dated:  April 2, 2024

PHILLIP A. TALBERT
United States Attorney

7

8

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

9

10  Dated:  April 2, 2024

/s/ PETER JONES

11

PETER JONES
Counsel for Defendant

12

NICHOLAS ANDRONICOUS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**FINDINGS AND ORDER**

Having reviewed the parties' stipulation, the Court finds the following:

a)      The defendant consents to continuance of the preliminary hearing.

b)      Good cause exists to continue the preliminary hearing in order to give counsel time to review discovery, effectively prepare for preliminary hearing, and discuss a pre-indictment resolution with the government.

c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of April 4, 2024 to May 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS HEREBY ORDERED that the preliminary hearing scheduled for April 4, 2024 at 2:00 p.m. is continued to May 9, 2024 at 2:00 p.m before the Duty Magistrate Judge.  IT IS FURTHER ORDERED that the time between April 4, 2024 and May 9, 2024 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated:   __**April 3, 2024**__          /s/ _Erica P. Grosjean_
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT