PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ANDRONICOUS,<br><br>Defendant. | CASE NO. 1:24-CR-00092-NODJ-BAM<br><br>STIPULATION TO VACATE PRELIMINARY HEARING AND SET FOR CHANGE OF PLEA |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Peter Jones, attorney for defendant Nicholas Andronicous, that the preliminary hearing set for May 9, 2024 at 1:00 pm be vacated and instead a change of plea hearing be set for June 10, 2024 before the District Judge. The parties have reached a pre-indictment resolution in the case.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the matter was set for preliminary hearing on May 9, 2024 and time was excluded under the Speedy Trial Act through that date.

2. By this stipulation, defendant now moves to <u>vacate the preliminary hearing and set the matter for change of plea on June 10, 2024</u> before the District Judge. This proposed change of plea date represents the earliest date that all counsel are available, taking into account attorney schedules, court availability, and the commitments of defense counsel to other clients.

Stipulation                                                                 1

3. The parties represent that an information, waiver of indictment, and change of plea will be filed with the court at the earliest possible date.

4. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery in this case has been provided, and consists of multiple reports, videos, and expert reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for the defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of Feb to January 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

Stipulation                                                        2

Dated: May 6, 2024                           Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

                                 By     /s/ Robert L. Veneman-Hughes
                                             ROBERT L. VENEMAN-HUGHES
                                             Assistant United States Attorney

Dated: May 6, 2024                           /s/ Peter Jones
                                             PETER JONES
                                             Attorney for Nicholas ANDRONICOUS

## **ORDER**

IT IS SO ORDERED, that the preliminary hearing set for May 9, 2024 will be vacated and change of plea will be set for June 10, 2024 at 8:30 a.m. before the District Judge with time excluded as stated above.

IT IS SO ORDERED.

Dated:   **May 8, 2024**

                                             UNITED STATES MAGISTRATE JUDGE