PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00092-JAM-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEROF** |
| v. | |
| NICHOLAS ANDRONICOUS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Peter Jones, attorney for defendant Nicholas Andronicous, that the sentencing hearing set for September 9, 2024 at 1:00 pm be vacated and instead a sentencing hearing be set for November 19, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the matter was set for sentencing hearing on September 9, 2024 in Fresno, CA.

2. Subsequent to the change of plea, the case was reassigned to Judge Mendez in Sacramento, CA.

3. On August 23, 2024, the court contacted the parties and indicated that the case needed to be rescheduled because of its reassignment to Judge Mendez.

4. After meeting and conferring, and with the defendant's consent, the parties now stipulate

Stipulation and Order         1

to the resetting of sentencing to November 19, 2024, in front of Judge Mendez.

Dated: August 26, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: August 26, 2024

/s/ Peter Jones
PETER JONES
Attorney for Nicholas ANDRONICOUS

## **ORDER**

IT IS SO ORDERED, that the sentencing hearing set for September 9, 2024, is **VACATED** and **RESET** for **November 19, 2024, at 09:00 a.m**., in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Dated: September 03, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE