PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ANDRONICOUS,<br><br>Defendant. | CASE NO. 1:24-cr-00092-JAM-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THEROF |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Peter Jones, attorney for defendant Nicholas Andronicous, that the sentencing hearing set for November 19, 2024 at 1:00 pm be vacated and instead a sentencing hearing be set for February 11, 2025.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the matter was set for sentencing hearing on November 19, 2024.

2. Defendant is also being prosecuted on state cases, which are set for November 21, 2024 in Fresno County Superior Court. The defendant has reached a global resolution with both state and federal authorities.

3. The US Marshals Service has communicated that they cannot return the defendant to Fresno County in sufficient time after his November 19 sentencing to make his November 21 date in state court.

Stipulation and Order                                    1

4. Because of the need to coordinate with the state prosecution, the defendant is seeking to continue sentencing in order to effectively coordinate dates.

5. After meeting and conferring, and with the defendant's consent, the parties now stipulate to the resetting of sentencing to February 11, 2025, in front of Judge Mendez.

Dated: November 8, 2024                    Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney


                                       By  /s/ Robert L. Veneman-Hughes
                                           ROBERT L. VENEMAN-HUGHES
                                           Assistant United States Attorney

Dated: November 8, 2024                    /s/ Peter Jones
                                           PETER JONES
                                           Attorney for Nicholas ANDRONICOUS


## ORDER

IT IS SO ORDERED, that the sentencing hearing set for November 19, 2024, is **VACATED** and **RESET** for **February 11, 2025, 2024, at 09:00 a.m**., in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui Federal Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Dated: November 08, 2024                   /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order                      2